**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 21-60746-CIV-SMITH**

JOHN AGUILA, an individual,

        Plaintiff,

v.

RIPA & ASSOCIATES, LLC, a Florida
limited liability company,

        Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

     Plaintiff, John Aguila, an individual, by and through his undersigned attorney, pursuant to Rule 7.1, Federal Rules of Civil Procedure, and the Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements files this his Certificate of Interested Parties and Corporate Disclosure Statement listing persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations owning 10% or more of their stock, and other identifiable legal entities related to a party:

1.    John Aguila
   110 Marion Road
   West Park, Florida 33023

2.    Robert W. Murphy, Esq.
   1212 S.E. 2nd Avenue
   Fort Lauderdale, Florida 33316
   Telephone: (954) 763-8660

3.    Ripa & Associates, LLC
   1409 Tech Blvd., Suite 1
   Tampa, Florida 33619

    4.      Robert C. Graham, Jr., Esq.
           E.A. "Seth" Mills, Jr., Esq.
           Ty G. Thompson, Esq.
           MILLS PASKERT DIVERS
           100 North Tampa Street, Suite 3700
           Tampa, FL 33602

    5.      Christopher LaFace
           1409 Tech Blvd., Suite 1
           Tampa, Florida 33619

    6.      Robert Turner
           1409 Tech Blvd., Suite 1
           Tampa, Florida 33619

/s/   Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 763-8660
Fax: (954) 763-8607
Email: rwmurphy@lawfirmmurphy.com

JOSHUA FEYGIN, PLLC
Joshua Feygin, Esq.
Florida Bar No.: 124685
1800 E. Hallandale Bch. Blvd. #85293
Hallandale, Florida 33009
Tel: (954) 228-5671 /Fax: (954) 697-0357
Email:  Josh@JFeyginesq.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 3, 2021, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system.  I further certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rules of Civil Procedure, Rule 5(b)(2), as follows:

Robert C. Graham, Jr., Esq.
rgraham@mpdlegal.com
E.A. "Seth" Mills, Jr., Esq.
smills@mpdlegal.com
Ty G. Thompson, Esq.

-3-

tthompson@mpdlegal.com
MILLS PASKERT DIVERS
100 North Tampa Street, Suite 3700
Tampa, FL 33602
*Counsel for Defendant*

                                                                                */s/ Robert W. Murphy*
                                                                                Attorney