**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO. 0:21-CV-60746-RS**

JOHN AGUILA, an individual,

        Plaintiff,

v.

RIPA & ASSOCIATES, LLC, a Florida
limited liability company,

        Defendants.
_____/

**CONFERENCE REPORT**

Plaintiff, John Aguila, an individual ("Mr. Aguila"), and Defendant, RIPA & Associates, LLC, a Florida limited liability company ("RIPA & Associates"), by and through their respective undersigned attorneys, pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida, hereby submit this Conference Report as to the conference held on Monday, April 19, 2021 and provide a Proposed Scheduling Order Setting Civil Trial Date and Pretrial Schedule as Exhibit "A" hereto:

**Information required by S.D. Fla. L.R. 16.1(b):**

**(A)**     **Likelihood of Settlement.**

Moderate.  The Parties have agreed to keep settlement discussions open.  The parties will further explore settlement opportunities as they may arise and during the Mediation ordered by the Court.

**(B)**     **Likelihood of Appearance in the Action of Additional Parties**.

Plaintiff intends to amend his complaint to add additional individual defendants upon discovery of the identity of such persons.

**(C)     Proposed Limits on Time.**

| Date | Action |
|---|---|
| October 15, 2021 | To join other parties and to amend pleadings |
| March 14, 2022 | To file and hear dispositive motions |
| February 14, 2022 | To complete discovery |

**(D)     Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment.**

At this time, the parties do not have any proposals for the formulation and simplification of any issues.  As the case progresses, the parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

**(E)     Necessity or Desirability of Amendments to Pleadings.**

Plaintiff intends to file an Amended Complaint to add individual defendants upon discovery of the identity of such persons.  Defendant has not filed an answer but does not anticipate any unusual amendment practice currently.

**(F)     The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence.**
The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action.  The Parties will work to agree on authentication of relevant documents.  At this time, there is no need for any advance rulings with respect to admissibility of evidence.

**(G)     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative**

**Evidence.**

The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H)    Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master.**

The parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

**(I)    Preliminary Estimate of the Time Required for Trial.**

The parties believe this matter will require 3-5 days of trial.

**(J)    Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference and Trial.**

The parties request that the pretrial conference be scheduled for the two week docket commencing July 18, 2022.  Plaintiff has requested a jury trial in his Complaint.

**(K)    Any issues About:**

**(i)  disclosure, discovery or preservation of electronically stored information, including the form or forms in which it should be produced;**

**(ii)   claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and**

**(iii)  when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist –**

The parties are unaware of any issues as to the above.

4

L.  **Other Information That Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference.**

At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

| | |
|---|---|
| */s/ Robert W. Murphy*_____ | */s/ Robert C. Graham*_____ |
| Robert W. Murphy, Esq. | Robert C. Graham, Esq. |
| Florida Bar No.: 717223 | Florida Bar No.: 105951 |
| 1212 S.E. 2nd Avenue | MILLS PASKERT DIVERS |
| Fort Lauderdale, Florida 33316 | 100 N. Tampa Street, Suite 3700 |
| Telephone: (954) 763-8660 | Tampa, Florida 33602 |
| Facsimile: (954) 763-8607 | Telephone: (813) 229-3500 |
| E-Mail: | Facsimile: (813) 229-3502 |
| rwmurphy@lawfirmmurphy.com | E-Mail: rgraham@mpdlegal.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2021, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to the following counsel of record:

E.A. Seth Mills, Jr., Esq.
smills@mpdlegal.com
Ty G. Thompson, Esq.
tthompson@mpdlegal.com
Robert C. Graham, Esq.
rgraham@mpdlegal.com
Mills Paskert Divers
100 N. Tampa St., Ste. 3700
Tampa, Florida 33602
*Counsel for Defendant*

*/s/ Robert W. Murphy*
Attorney