**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 21-60746-CIV-SMITH**

JOHN AGUILA, an individual,

       Plaintiff,

v.

RIPA & ASSOCIATES, LLC, a Florida
limited liability company,

       Defendants.
_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

     **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **July 18, 2022**.[1] If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, July 12, 2022**.[2] The parties shall adhere to the following schedule:[3]

1. Joinder of any additional parties and filing of motion to amend the pleadings by    **October 15, 2021**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by    **November 1, 2021**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by    **November 15, 2021**

---

[1] In all **Expedited Track** cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to **the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan**, the Trial *shall occur within <u>nine months</u> of the date Plaintiff(s) filed the action*.

  In all **Standard Track** cases (S.D. Fla. L.R. 16.1(a)(2)(B)), the Trial *shall occur within <u>twelve to eighteen months</u> of the date Plaintiff(s) filed the action*.

[2] **Tuesday before Trial date.**

[3] Additionally, in cases arising from administrative agency determinations and/or appeals thereof, the parties should provide a deadline for the filing of the administrative record.

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by  **December 13, 2021**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by  **January 10, 2022**

6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by  **January 10, 2022**

7. Fact discovery shall be completed by  **February 14, 2022**

8. Expert discovery shall be completed by  **February 14, 2022**

9. Mediation shall be completed by
**[no more than one month after the close of discovery]**  **March 21, 2022**

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by
**[at least four months before the date for filing the Pretrial Stipulation]**  **March 14, 2022**

11. Deposition designations and counter designations shall be filed by  **May 16, 2022**
**[at least two months before Trial date]**
The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by
**[at least one month before Trial date]**  **May 23, 2022**
Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue.  No replies shall be permitted.

13. Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by
    **[at least one month before Trial date]			June 15, 2022**
    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.

| | |
|---|---|
| */s/ Robert W. Murphy*_____ | */s/ Robert C. Graham*_____ |
| Robert W. Murphy, Esq. | Robert C. Graham, Esq. |
| Florida Bar No.: 717223 | Florida Bar No.: 105951 |
| 1212 S.E. 2nd Avenue | MILLS PASKERT DIVERS |
| Fort Lauderdale, Florida 33316 | 100 N. Tampa Street, Suite 3700 |
| Telephone: (954) 763-8660 | Tampa, Florida 33602 |
| Facsimile: (954) 763-8607 | Telephone: (813) 229-3500 |
| E-Mail: | Facsimile: (813) 229-3502 |
| rwmurphy@lawfirmmurphy.com | E-Mail: rgraham@mpdlegal.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2021, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to the following counsel of record:

E.A. Seth Mills, Jr., Esq.
smills@mpdlegal.com
Ty G. Thompson, Esq.
tthompson@mpdlegal.com
Robert C. Graham, Esq.
rgraham@mpdlegal.com
Mills Paskert Divers
100 N. Tampa St., Ste. 3700
Tampa, Florida 33602
*Counsel for Defendant*

						*/s/ Robert W. Murphy*
						Attorney