UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:21-CV-60746-RS

JOHN AGUILA, an individual,

   Plaintiff,

v.

RIPA & ASSOCIATES, LLC, a Florida
limited liability company,

   Defendants.
_____/

## NOTICE OF SCHEDULING MEDIATION

Plaintiff, John Aguila, an individual, and Defendant, Ripa & Associates, LLC, a Florida limited liability company, by and through their respective undersigned attorneys, pursuant to the Court's Order of Referral to Mediation [DE 23], dated June 4, 2021, provide notice to the Court of the parties' selection of mediator:

> Jeffrey M. Fleming, Esq.
> Upchurch Watson White & Max
> 1060 Maitland Center Commons
> Suite 440
> Maitland, Florida 32751
> Telephone: (800) 863-1462
> Email: jfleming@uww-adr.com

The mediation conference in this matter shall be held with Jeffrey M. Fleming, Esq. on Thursday, September 2, 2021, at 10:00 A.M. at the offices of Upchurch Watson White & Max, Royal Palm II at Southpointe, 900 South Pine Island Road, Suite 410 in Plantation, Florida

            */s/ Robert W. Murphy*

            Robert W. Murphy
            Florida Bar No. 717223
            1212 S.E. 2nd Avenue
            Fort Lauderdale, Florida 33316
            Telephone: (954) 763-8660
            Facsimile:   (954) 763-8607
            E-Mail:
            rwmurphy@lawfirmmurphy.com

            Joshua Feygin, Esq.
            Joshua Feygin, PLLC
            1800 E. Hallandale Bch Blvd., Ste. 85293
            Hallandale, Florida 33009
            josh@feyginesq.com

            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on July 20, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmitting of a Notice of Electronic Filing to counsel for Defendant:

E.A. Seth Mills, Jr., Esq.
smills@mpdlegal.com
Ty G. Thompson, Esq.
tthompson@mpdlegal.com
Robert C. Graham, Esq.
rgraham@mpdlegal.com
Mills Paskert Divers
100 N. Tampa St., Ste. 3700
Tampa, Florida 33602
*Counsel for Defendant*

            */s/ Robert W. Murphy*
            Attorney